IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE A GOODWIN,<br><br>    *Plaintiff*,<br><br>v.<br><br>PHILADELPHIA GAS WORKS, et al.,<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 19-04429 |

## ORDER

**AND NOW**, this 28th day of December 2020, it is hereby ORDERED that:

1. Defendant Gas Works Employees' Union Local 686's Motion to Join and Adopt PGW's Response, (ECF No. 32), is **GRANTED**; and

2. Plaintiff's Motion to Disqualify the Court, (ECF No. 28), is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.