IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE A. GOODWIN, *Plaintiff,* v. PHILADELPHIA GAS WORKS, et al., *Defendants.* | CIVIL ACTION NO. 19-4429 |

## ORDER

**AND NOW**, this 10th day of June 2021, upon consideration of Philadelphia Gas Works' Motion for Summary Judgment (ECF 42), Goodwin's Response (ECF 52) and PGW's Reply (ECF 54), as well as Gas Works Employees' Union Local 686's Motion for Summary Judgment (ECF 41), Goodwin's Response (ECF 50) and Local 686's Reply (ECF 51) and having heard oral argument on both Motions (ECF 59), it is hereby **ORDERED** that the Motions are **GRANTED**. Judgment is entered in favor of PGW and Local 686 and against Goodwin on all claims. PGW's Motion for a Protective Order (ECF 43) and PGW's and Local 686's Motions to Deem their Summary Judgment Motions Uncontested (ECF 48, 49) are **DENIED as moot**.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.